# Court of Appeals
# of the State of Georgia

ATLANTA,   July 10, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1905. KEVIN RAY CAVENDER v. THE STATE.**

Appellant having filed a motion to remand in the above appeal on the grounds that issues remain pending below, said motion being unopposed by appellee, the case is hereby REMANDED to the trial court and jurisdiction is returned to the trial court for all purposes allowed by law and for such disposition as is proper, following which an appeal may be taken.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/10/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*